

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 18mj20408-BLM |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| MALKEET SINGH | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 7/26/2018 _____
the Court entered the following order:

____✓____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

____✓____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**BARBARA L. MAJOR**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____    JOHN MORRILL    Clerk
    DUSM              by N. Pether
                             Deputy Clerk

Crim-9   (Rev. 8-11)                        ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY